COLIN P. CAVANAUGH
Nevada Bar No. 13842
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard, Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
**NAQVI INJURY LAW**
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel:  (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiff
*David A. Garcia Caballero*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. GARCIA CABALLERO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00268-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

    **IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff DAVID A. GARCIA CABALLERO, through his counsel of record, Colin P. Cavanaugh and Kevin T. Strong of PRINCE LAW GROUP and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, Renee M.



DPLG
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

Finch of MESSNER REEVES LLP, that due to the tragic events on April 8, 2024 at Prince Law Group, which led to the untimely passing of Plaintiff's lead counsel, Dennis M. Prince, the above-referenced matter shall be stayed for a period of sixty (60) days. This stay of proceedings will allow Plaintiff's undersigned counsel time to navigate the aftermath of this tragedy and ensure that Plaintiff's interests remain protected. This stay of proceedings will also allow Plaintiff's undersigned counsel time to work with the State Bar of Nevada regarding Prince Law Group's affairs.

**IT IS FURTHER STIPULATED AND AGREED** that the parties shall confer and submit a stipulation to this Court no later than July 1, 2024 with new proposed discovery deadlines and pretrial deadlines.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

Based on the foregoing, the parties respectfully request this Court to grant their Stipulation and Order to Stay Proceedings.

DATED this 8th day of May, 2024.                    DATED this 8th day of May, 2024.

**PRINCE LAW GROUP**                                **MESSNER REEVES LLP**


*/s/ Kevin T. Strong*                               */s/ Renee M. Finch*
COLIN P. CAVANAUGH                                  RENEE M. FINCH
Nevada Bar No. 13842                                Nevada Bar No. 13118
KEVIN T. STRONG                                     8945 W. Russell Road
Nevada Bar No. 12107                                Suite 300
10801 W. Charleston Boulevard                       Las Vegas, Nevada 89148
Suite 560                                           Tel:  (702) 363-5100
Las Vegas, Nevada 89135                             Fax: (702) 363-5101
Tel:  (702) 534-7600                                E-mail: rfinch@messner.com
Fax: (702) 534-7601                                 Attorneys for Defendant
E-mail: eservice@thedplg.com                        *State Farm Mutual Automobile Insurance*
-AND-                                               *Company*
**NAQVI INJURY LAW**
FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel:  (702) 465-8733
Fax: (702) 553-1002
Attorneys for Plaintiff
*David A. Garcia Caballero*

**IT IS SO ORDERED.**

_____
United Stats Magistrate Judge

DATED: May 9, 2024 _____



3