# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. GARCIA CABALLERO,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:24-cv-00268-RFB-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is a motion for the Prince Law Group to withdraw as counsel for Plaintiff. Docket No. 13; *see also* Docket No. 14 (errata). For good cause shown, the motion to withdraw is **GRANTED**. Given that Plaintiff has other existing counsel, the stay is **LIFTED** and the parties must file a stipulation with new case management deadlines by June 10, 2024.

IT IS SO ORDERED.

Dated: June 3, 2024

                                                              Nancy J. Koppe<br>
                                                              United States Magistrate Judge