1  FARHAN R. NAQVI
   Nevada Bar No. 8589
2  PAUL G. ALBRIGHT
   Nevada Bar No. 14159
3  NAQVI INJURY LAW
   9500 W. Flamingo Road, Suite 104
4  Las Vegas, Nevada 89147
   Telephone: (702) 553-1000
5  Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
   paul@naqvilaw.com
7  *Attorneys for Plaintiff*

8
                       **UNITED STATES DISTRICT COURT**
9
                              **DISTRICT OF NEVADA**
10

11 | DAVID A. GARCIA CABALLERO, an individual, | Case No.: 2:24-cv-00268-RFB-NJK |
12 |  | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
    |                Plaintiff, |  |
13 | vs. |  |
14 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, |  |
15 |  |  |
16 |  |  |
17 |                Defendants. |  |

18   Plaintiff DAVID A. GARCIA CABALLERO ("Plaintiff"), by and through his attorneys
19
     of record, FARHAN R. NAQVI and PAUL G. ALBRIGHT of the law firm NAQVI INJURY
20
     LAW, and Defendant STATE FARM AUTOMOBILE INSURANCE COMPANY
21
22   ("Defendant"), by and through its attorney of record, RENEE M. FINCH of the law firm

23   MESSNER REEVES, LLP, submit this **STIPULATION AND ORDER TO EXTEND**

24   **DISCOVERY DEADLINES (FIRST REQUEST)** for the Court's consideration pursuant to LR
25
     IA 6-1 and this Honorable Court's Order dated June 3, 2024.[1]
26
27   / / /

28
---
[1] Order, on file herein as Doc. No. 15.



{08349698 / 1}Page 1 of 4

## I.

### DISCOVERY COMPLETED TO DATE – LR 26-3(a)

1. A Rule 26(f) Case Conference was held and a Discovery Plan/Scheduling Order was filed.

2. Plaintiff has made initial disclosures.

3. Defendant has made initial disclosures.

4. An Order to Stay Proceedings was entered on May 9, 2024.[2]

5. An Order granting PRINCE LAW GROUP's Motion to Withdraw and lifting the stay was entered on June 3, 2024.[3]

6. The parties reconvened on June 6, 2024 to discuss reasonable dates moving forward, given the circumstances.

## II.

### DISCOVERY TO BE COMPLETED – LR 26-3(b)

1. Depositions of various witnesses including, but not necessarily limited to, the parties, treating physicians, experts, employees, and percipient witnesses.

2. Expert disclosures.

3. Production of additional records related to Plaintiff's medical treatment, as well as documents within Defendant's possession.

4. Written discovery.

5. Subpoenas.

6. Other discovery as needed.

/ / /

/ / /

---

[2] Order Granting Stipulation and Order to Stay Proceedings, on file herein as Doc. No. 11.
[3] Order, on file herein as Doc. No. 15.



{08349698 / 1}Page 2 of 4

## II.
### WHY DISCOVERY CANNOT BE COMPLETED IN THE TIME PROVIDED BY THE SCHEDULING ORDER – LR 26-3(c)

Good cause exists in this case to grant a discovery extension. Of most significance, the tragic passing of Plaintiff's lead counsel resulted in a stay of the proceedings.[4] Thereafter, PRINCE LAW GROUP filed a Motion to Withdraw as Counsel of Record for Plaintiff, requiring co-counsel at NAQVI INJURY LAW to substitute in as lead counsel.[5] This Honorable Court lifted said stay on June 3, 2024, and ordered the parties to "file a stipulation with new case management deadlines by June 10, 2024."[6] Now that the stay has been lifted, the parties will need additional time to properly conduct the outstanding discovery that they were not able to complete during the stay of proceedings. Further, counsel for the Plaintiff has received several new cases transferred from the Prince Law Group and will require time to adequately review them and formulate discovery plans moving forward. As such, the parties request that the current discovery deadlines be extended as outlined below. This is the **FIRST REQUEST** for an extension of discovery in this matter.

## III.
### PROPOSED SCHEDULE FOR COMPLETING DISCOVERY – LR 26-3(d)

| DISCOVERY | Current Deadline | PROPOSED DEADLINE |
|---|---|---|
| Amending Pleadings/Adding Parties | August 13, 2024 | November 11, 2024 |
| Expert Witness Disclosure | September 12, 2024 | December 11, 2024 |
| Rebuttal Expert Disclosure | October 11, 2024 | January 10, 2025 |
| Discovery Deadline | November 11, 2024 | February 10, 2025 |
| Dispositive Motions | December 11, 2024 | March 12, 2025 |
| Pretrial Order | January 10, 2025[7] | April 11, 2025 |

---

[4] Order Granting Stipulation and Order to Stay Proceedings, on file herein as Doc. No. 11.
[5] Prince Law Group's Motion to Temporarily Lift Stay and Withdraw as Counsel of Record for Plaintiff, on file herein as Doc. No. 13.
[6] Order, on file herein as Doc. No. 15.
[7] In the event that dispositive motions are filed, the date for filing the joint pretrial order will be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline.  The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

| | |
|---|---|
| DATED this 10th of June, 2024. | DATED this 10th of June, 2024. |
| NAQVI INJURY LAW | MESSNER REEVES, LLP |
| /s/ Paul G. Albright | /s/ Renee Finch |
| FARHAN R. NAQVI | RENEE M. FINCH |
| Nevada Bar No. 8589 | Nevada Bar No. 13118 |
| PAUL G. ALBRIGHT | 8945 W. Russell Road, Suite 300 |
| Nevada Bar No. 14159 | Las Vegas, Nevada 89148 |
| 9500 W Flamingo Road, Suite 104 | *Attorney for Defendant* |
| Las Vegas, Nevada 89147 | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2024

