1  Renee M. Finch, Esq.
   Nevada Bar No. 13118
2  **MESSNER REEVES, LLP**
   8945 West Russell Road, Suite 300
3  Las Vegas, NV 89148
   Telephone:  (702) 363-5100
4  Facsimile:   (702) 363-5101
   E-mail:       rfinch@messner.com
5  *Attorneys for Defendant*
   *State Farm Mutual Automobile Insurance Company*
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. GARCIA CABALLERO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO: 2:24-cv-00268-RFB-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff DAVID A. GARCIA CABALLERO, individually and by and through his counsel of record, FARHAN R. NAQVI, ESQ. and PAUL G. ALBRIGHT, ESQ. of NAQVI INJURY LAW and MATTHEW L. SHARP, ESQ. of MATTHEW L. SHARP, LTD., that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-00268-RFB-NJK, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 21st day of January 2025.

**MESSNER REEVES, LLP**

 /s/ Renee M. Finch
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 21st day of January 2025.

**NAQVI INJURY LAW**

 /s/ Paul G. Albright
Farhan R. Naqvi, Esq.
Nevada Bar No. 8589
Paul G. Albright, Esq.
Nevada Bar No. 14159
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147

-and-

Matthew L. Sharp, Esq.
Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV  89501

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 22nd day of January, 2025.